UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 06-523(DSD/AJB)

Adl El-Shabazz,

   Petitioner,

v.                 **ORDER**

Joan Fabian, Commissioner
of Corrections,

   Respondent.


This matter is before the court upon petitioner's objections to the report and recommendation of Magistrate Judge Arthur J. Boylan dated February 10, 2006. In his report, the magistrate judge concluded that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 should be dismissed without prejudice.

The court reviews the report and recommendation of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C). The court finds that the report and recommendation of the magistrate judge is well reasoned and correctly disposes of petitioner's claims. Therefore, the court adopts the report and recommendation of the magistrate judge in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2254 [Doc. No. 1] is denied.

2. Petitioner's application to proceed in forma pauperis [Doc. No. 2] is denied.

     3.    This action is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 3, 2006

                                              <u>s/David S. Doty</u>
                                              David S. Doty, Judge
                                              United States District Court